**Order entered August 19, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00891-CV

## RICHARDSON TRIDENT COMPANY, INC. & THOMAS E. BENTLY, Appellants

## V.

## WHITE ROCK ADVISORS, LLC, ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-04592**

## ORDER

The Court has before it appellants' August 15, 2013 unopposed motion to extend deadline for filing appellants' brief. The Court **GRANTS** the motion and **ORDERS** appellants to file their brief by September 30, 2013.

/s/      ELIZABETH LANG-MIERS
          JUSTICE